IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SILVERIO REYES MARTINEZ, | ) | No. C 07-2611 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **TRANSFER ORDER** |
| M. EVANS, Warden, | ) | **(Docket No. 2)** |
| Respondent. | ) | |

Petitioner, a prisoner incarcerated at Salinas Valley State Prison in Soledad, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of Court shall TRANSFER this matter to the United States District Court for the Eastern District of California. In light of the transfer, this Court will not resolve Petitioner's pending motion (docket no. 2).

IT IS SO ORDERED.

DATED: May 23, 2007

_____
JEFFREY S. WHITE
United States District Judge

1

2

UNITED STATES DISTRICT COURT

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

SILVERIO R MARTINEZ,

Case Number: CV07-02611 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

M EVANS et al,

9

Defendant.

10

                                                 /

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12

Court, Northern District of California.

13

That on May 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14

said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17

Silverio Reyes Martinez T-37730
Salinas Valley State Prison

18

B4-232
P.O. Box 1050

19

Soledad, CA 93960-1050

20

Dated: May 23, 2007

Richard W. Wieking, Clerk

21

By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28